IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RELX, INC. d/b/a LEXISNEXIS, | |
| Plaintiff, | Case No. 1:23-cv-15480 |
| v. | Hon. Edmond E. Chang |
| AARON ISAACSON and LEGAL BILL REVIEW GROUP LLC d/b/a LEGALBILLREVIEW.COM, | Hon. Daniel P. McLaughlin |
| Defendants. | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule 41(a)(1)(A)(ii) and in light of an agreed upon settlement, the Parties to this lawsuit jointly stipulate to the following:

1. Dismissal with prejudice of all claims asserted in this lawsuit, with the Court retaining jurisdiction to enforce the terms of the parties' settlement agreement; and

2. The parties shall bear their own costs and attorneys' fees in connection with this action.

Dated: January 8, 2025

Respectfully submitted,

**RELX Inc. d/b/a LexisNexis**

By: /s/ Richard T. Kienzler

James M. Witz
Richard T. Kienzler
Littler Mendelson, P.C.
321 North Clark Street, Suite 1100
Chicago, Illinois 60654
Phone: (312) 372-5520
Email: jwitz@littler.com
rkienzler@littler.com

-and-

1

**AARON ISAACSON and LEGAL BILL REVIEW GROUP, LLC**

By: /s/ Blake Roter

Rachel E. Bossard
Blake A. Roter
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash Avenue, Suite 2100
Chicago, Illinois 60611
Phone: (312) (312) 840-7116
Email: rbossard@burkelaw.com
       broter@burkelaw.com